| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Kurt Foxley** | Social Security number or ITIN | xxx–xx–1282 |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Wendy Foxley** | Social Security number or ITIN | xxx–xx–1082 |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Utah** | | Date case filed for chapter **7:    1/23/23** | |
| Case number:    **23–20219    JTM** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kurt Foxley | Wendy Foxley |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4088 W 300 N<br>Clearfield, UT 84015 | 4088 W 300 N<br>Clearfield, UT 84015 |
| 4. | **Debtor's attorney**<br>Name and address | Ryan D. Baxter<br>2036 Lincoln Ave., Ste. 102B<br>Ogden, UT 84401 | Contact phone 801–688–8533<br><br>Email: ryan.baxter.law@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David L. Miller tr<br>P.O. Box 9<br>Farmington, UT 84025–0009 | Contact phone (801) 447–8777<br><br>Email: davidlmillerpc@msn.com |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1
Date Generated: 2/6/23    For more information, see page 2 >

Debtor **Kurt Foxley** and **Wendy Foxley**     Case number **23–20219**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**February 28, 2023 at 10:30 AM**<br><br>Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363–3850, Enter Meeting ID 588 866 9179, and Passcode 3882695630** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/1/23 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Utah

In re: Case No. 23-20219-JTM
Kurt Foxley Chapter 7
Wendy Foxley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: admin      Page 1 of 6
Date Rcvd: Feb 06, 2023      Form ID: 309A      Total Noticed: 154

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kurt Foxley, Wendy Foxley, 4088 W 300 N, Clearfield, UT 84015-6902 |
| 12149064 | + | Alpine Home Medical Equipment, 4669 Harrison Blvd, Ogden, UT 84403-4429 |
| 12149065 | + | Alpine Spine Sports Rehab, PO Box 160534, Clearfield, UT 84016-0534 |
| 12149066 | + | Alteon - URH, 20010 Century Blvd., Ste. 200, Germantown, MD 20874-1118 |
| 12149068 | + | Alteon Health, PO Box 8828, Pompano Beach, FL 33075-8828 |
| 12149067 | | Alteon Health, PO Box 1400, Belfast, ME 04915 |
| 12149069 | + | Apria Healthcare, Billing Office, PO Box 31001-1157, Pasadena, CA 91110-0001 |
| 12149070 | + | Apria Healthcare, Billing Office, 206 W 36th St, Ogden, UT 84405-7111 |
| 12149072 | + | Attorney General, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 12149073 | + | Attorney General's Office, University of Utah Health Care Collectio, PO Box 413064, Salt Lake City, UT 84141-0001 |
| 12149083 | + | CF Medical Billing LLC, 3705 S Hwy 27 #203, Clermont, FL 34711-7950 |
| 12149079 | + | Camper World, Billing Office, 4055 S 700 E, Salt Lake City, UT 84107-2174 |
| 12149085 | | Chase, PO Box 659732, Syracuse, UT 84075 |
| 12149087 | + | Check City, 15 South State, Orem, UT 84058-5417 |
| 12149088 | + | Check Line Inc., 2070 Harrison Blvd., Ogden, UT 84401-0739 |
| 12149091 | + | Chime/Stride Bank, 101 California St., San Francisco, CA 94111-5802 |
| 12149092 | + | Circle of Life Women's Center, 1525 E. 6000 S., Ogden, UT 84405-7144 |
| 12149097 | | Curtis M. Campbell, MD, 44403 Harrison Blvd., #4400, Ste. 510, Ogden, UT 84403 |
| 12149102 | + | Davis Orthopedic Group, PO Box 100755, Atlanta, GA 30384-0755 |
| 12149105 | + | Douglas Anderson, MD Utah Allergist, Billing Department, 4650 Harrison Blvd, Ogden, UT 84403-4303 |
| 12149106 | + | EDC/Century 21 Gage Fr., 2641 Washington Blvd., Ogden, UT 84401-3626 |
| 12149109 | + | EPIC Emergency Physicians Integrated, 5475 S 500 E, Ogden, UT 84405-6905 |
| 12149114 | + | EZ Loan Services, 1151 W Riverdale Rd., Ste. C, Ogden, UT 84405-3748 |
| 12149115 | + | EZ Money, 4066 Riverdale Rd., Ogden, UT 84405-1518 |
| 12149107 | + | Em Phys Integrated Care (EPIC), PO Box 96408, Oklahoma City, OK 73143-6408 |
| 12149108 | | Em Phys. Integrated Care (EPIC), PO Box 7344442, Chicago, IL 60673-4442 |
| 12149116 | #+ | Financial Recovery Services, Inc., 4510 W. 77th St., Ste. 200, Minneapolis, MN 55435-5507 |
| 12149123 | + | IHC, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 12149129 | | International Arbitration Services, 371 Front St. W Ste. 230, South Jordan, UT 84095 |
| 12149130 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, JC Christensen & Associates, PO Box 519, Sauk Rapids, MN 56379 |
| 12149131 | + | JC Christensen & Associates, Inc., 215 N. Benton Dr., Sauk Rapids, MN 56379-1530 |
| 12149147 | | LVNV Funding, LLC, PO Box 1289, Greenville, SC 29602 |
| 12149138 | + | Lakeview Behavioral Health, 3 Maryland Farms Ste. 250, Brentwood, TN 37027-5053 |
| 12149137 | + | Lakeview Behavioral Health, PO Box 740776, Cincinnati, OH 45274-0776 |
| 12149139 | + | Layton Hills Dental, 743 King St #300, Layton, UT 84041-4679 |
| 12149140 | + | Layton Hills Dental, Billing Office, 743 King St #300, Layton, UT 84041-4679 |
| 12149141 | + | Loans For Less, 3901 Riverdale Rd, Ogden, UT 84405-1539 |

| | | |
|---|---|---|
| 12149143 | + | Loans for Less, 3396 S 300 W, Salt Lake City, UT 84115-4342 |
| 12149148 | + | Meade Recovery Services, PO Box 4674, Logan, UT 84323-4674 |
| 12149150 | + | Monarch Dental, PO Box 52858, Irvine, CA 92619-2858 |
| 12149151 | | Mountain West Anesthesia, PO Box 660727, Dallas, TX 75266 |
| 12149152 | | Mountain West Anesthesia, 325 8th Ave., Wilmington, NC 28410-7000 |
| 12149153 | + | Mountain West Anesthesia, LLC, PO Box 660827, Dallas, TX 75266-0827 |
| 12149156 | + | National DME, 310 E 4500 S., Ste. 280, Salt Lake City, UT 84107-4236 |
| 12149157 | + | National DME, L.C., 7757 Allen St, Midvale, UT 84047-7227 |
| 12149159 | + | Northern Utah Counseling, Billing Department, 49 E 200 S, Clearfield, UT 84015-1047 |
| 12149161 | + | Office of State Debt Collection, PO Box 141001, Salt Lake City, UT 84114-1001 |
| 12149163 | + | Ogden Clinic, PO Box 5807, Denver, CO 80217-5807 |
| 12149162 | + | Ogden Clinic, 4650 Harrison Blvd., Ogden, UT 84403-4303 |
| 12149164 | + | Ogden Clinic, PO Box 5546, Denver, CO 80217-5546 |
| 12149165 | + | Ogden Orthopaedic Specialist, PO Box 150356, Ogden, UT 84415-0356 |
| 12149166 | + | Ogden Orthopaedic Specialists, 4403 Harrison Blvd #2600, Ogden, UT 84403-3277 |
| 12149167 | + | Ogden Regional, 3782 W. 2340 S., Ste. B, Salt Lake City, UT 84120-7295 |
| 12149189 | ++ | PACIFICORP, ATTN BANKRUPTCY, PO BOX 25308, SALT LAKE CITY UT 84125-0308 address filed with court:, Rocky Mountain Power, PO Box 26000, Portland, OR 97256 |
| 12149170 | + | Paramount Acceptance Corporation, 4725 S Holladay Blvd Ste 100, Salt Lake City, UT 84117-5475 |
| 12149171 | + | Paramount Auto Funding, 3287 S. Hwy. 89, Bountiful, UT 84010-8552 |
| 12149172 | + | Pestco, PO Box 12788, Ogden, UT 84412-2788 |
| 12149173 | + | Physicians Group of Utah, PO Box 150, West Jordan, UT 84084-0150 |
| 12149175 | + | Pioneer Credit Recovery, PO Box 100, Arcade, NY 14009-0100 |
| 12149176 | + | Pioneer Credit Recovery, Inc., Billing Department, 26 Edward St, Arcade, NY 14009-1012 |
| 12149179 | + | Prime Acceptance Corp, 3371 S. State St., Ste. 200, Salt Lake City, UT 84115-4526 |
| 12149181 | + | Purchasing Power, 695 Pylant St., Atlanta, GA 30306-3728 |
| 12149183 | | QC Financial Services, 2010 Riverdale Rd., Ogden, UT 84405 |
| 12149185 | + | Questar Gas, PO Box 45360, Salt Lake City, UT 84145-0360 |
| 12149186 | + | Quick Cash, Billing Department, 14264 Valley Blvd Ste G, Fontana, CA 92335-5293 |
| 12149187 | + | Revenue Control Systems, Inc., 3716 General Gookin Ct, Williamsburg, VA 23185-1497 |
| 12149188 | + | Rocky Mountain Power, 1033 NE 6th Ave., Portland, OR 97232-2017 |
| 12149191 | + | Rodale Books, 400 S 10th St, Emmaus, PA 18049-3622 |
| 12149193 | + | Stellar Recovery, 1327 Highway 2 West, Ste. 100, Kalispell, MT 59901-3531 |
| 12149194 | + | Takhar Collection Services, 1623 Military Road Suite 537, Niagara Falls, NY 14304-1745 |
| 12149196 | + | Tanner Clinic, Billing Office, 2121 N 1700 W, Layton, UT 84041-1185 |
| 12149195 | + | Tanner Clinic, PO Box 337, Layton, UT 84041-0337 |
| 12149197 | | The Sleep & Neuro Diagnostic, 5319 Adams Pkwy, Ave. #C, Ogden, UT 84405 |
| 12149198 | + | TitleMax of Utah, 2465 N Main St., Clearfield, UT 84015-2450 |
| 12149200 | + | TrueAccord, Billing Department, 153 Maiden Lane, 3rd Floor, San Francisco, CA 94108-5301 |
| 12149203 | + | USDA National Finance Center, PO Box 60950, New Orleans, LA 70160-0950 |
| 12149204 | + | USDA/NFC, Claims Services Section, PO Box 61770, New Orleans, LA 70161-1770 |
| 12149206 | + | Utah Digestive Health Institute, Jeffrey S. Poole, MD, 6028 S. Ridgelline Dr., Ste. 201, Ogden, UT 84405-6908 |
| 12149207 | + | Utah Imaging Associates, PO Box 1369, Bountiful, UT 84011-1369 |
| 12149210 | + | Wee Care Pharmacy, Billing Department, 1580 W Antelope Dr., Ste. 130, Layton, UT 84041-1173 |
| 12149214 | + | William R. Lowe, MD, PO B?ox 160354, Clearfield, UT 84016-0354 |

TOTAL: 81

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ryan.baxter.law@gmail.com | Feb 06 2023 23:15:00 | Ryan D. Baxter, 2036 Lincoln Ave., Ste. 102B, Ogden, UT 84401 |
| tr | EDI: FDLMILLER.COM | Feb 07 2023 04:14:00 | David L. Miller tr, P.O. Box 9, Farmington, UT 84025-0009 |
| 12149071 | EDI: ATLASACQU | Feb 07 2023 04:14:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 12149063 | + Email/Text: bankruptcy@rentacenter.com | Feb 06 2023 23:16:00 | Acceptance Now Dr., 5501 Headquarters, Plano, TX 75024-6191 |
| 12149078 | Email/Text: bkinfo@ccfi.com | Feb 06 2023 23:16:00 | Buckeye Title Loans, 7001 Post Road, Ste. 300, |

Case 23-20219   Doc 10   Filed 02/08/23   Entered 02/08/23 22:21:15   Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 1088-2 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Feb 06, 2023 | Form ID: 309A | Total Noticed: 154 |

| ID | Type | Date/Time | Name/Address |
| --- | --- | --- | --- |
| | | | Dublin, OH 43016 |
| 12149074 | + Email/Text: banko@bonncoll.com | Feb 06 2023 23:16:00 | Bonneville Billing, PO Box 65597, Salt Lake City, UT 84165-0597 |
| 12149076 | + Email/Text: banko@bonncoll.com | Feb 06 2023 23:16:00 | Bonneville Collections, PO Box 150621, Ogden, UT 84415-0621 |
| 12149077 | + Email/Text: banko@bonncoll.com | Feb 06 2023 23:16:00 | Bonneville Collections, 1186 E 4600 S, Ste. 100, Ogden, UT 84403-4896 |
| 12149075 | + Email/Text: banko@bonncoll.com | Feb 06 2023 23:16:00 | Bonneville Collections, 6026 Fashion Point Dr., Ogden, UT 84403-4851 |
| 12149080 | + EDI: CAPIO.COM | Feb 07 2023 04:14:00 | Capio Partners LLC, PO Box 1378, Sherman, TX 75091-1378 |
| 12149082 | + EDI: CAPIO.COM | Feb 07 2023 04:14:00 | Capio Partners, LLC, PO Box 120225, Dallas, TX 75312-0225 |
| 12149081 | + EDI: CAPIO.COM | Feb 07 2023 04:14:00 | Capio Partners, LLC, 2222 Texoma Pkwy., Ste. 150, Sherman, TX 75090-2481 |
| 12149086 | + Email/Text: bankruptcy@checkcity.com | Feb 06 2023 23:16:00 | Check City, PO Box 970183, Orem, UT 84097-0183 |
| 12149090 | + Email/Text: kathy@cherringtonfirm.com | Feb 06 2023 23:16:00 | Checknet, PO Box 150, Provo, UT 84603-0150 |
| 12149089 | + Email/Text: kathy@cherringtonfirm.com | Feb 06 2023 23:16:00 | Checknet, 746 E 1910 S, Ste. 4, Provo, UT 84606-6244 |
| 12149095 | + EDI: LCIFULLSRV | Feb 07 2023 04:14:00 | Comcast, Bankruptcy Department, PO Box 1931, Burlingame, CA 94011-1931 |
| 12149096 | + EDI: COMCASTCBLCENT | Feb 07 2023 04:14:00 | Comcast, 752 N. Marshall Way, Layton, UT 84041-7278 |
| 12149093 | + EDI: COMCASTCBLCENT | Feb 07 2023 04:14:00 | Comcast, PO Box 34227, Seattle, WA 98124-1227 |
| 12149094 | + EDI: COMCASTCBLCENT | Feb 07 2023 04:14:00 | Comcast, PO Box 34744, Seattle, WA 98124-1744 |
| 12149098 | + Email/Text: smgutahbankruptcycourt@steward.org | Feb 06 2023 23:15:00 | Davis Hospital and Medical Ccenter, PO Box 277273, Atlanta, GA 30384-7273 |
| 12149110 | ^ MEBN | Feb 06 2023 23:14:12 | EPIC--EM Physicians Integrated Care, PO Box 96398, Oklahoma City, OK 73143-6398 |
| 12149112 | + Email/Text: bankruptcy@expressrecovery.com | Feb 06 2023 23:16:00 | Express Recovery Inc., PO Box 26415, Salt Lake City, UT 84126-0415 |
| 12149111 | + Email/Text: bankruptcy@expressrecovery.com | Feb 06 2023 23:16:00 | Express Recovery Inc., 2790 Decker Lane Dr., Salt Lake City, UT 84119-2057 |
| 12149113 | + Email/Text: bankruptcy@expressrecovery.com | Feb 06 2023 23:16:00 | Express Recovery Services, 3782 W. 2340 S., Ste. B, Salt Lake City, UT 84120-7295 |
| 12149117 | + EDI: BLUESTEM | Feb 07 2023 04:14:00 | Fingerhut/Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 12149119 | + Email/Text: kevin@myhorizoncu.com | Feb 06 2023 23:16:00 | Horizon Utah Federal Credit Union, 225 S. 200 W., Farmington, UT 84025-2420 |
| 12149118 | + Email/Text: kevin@myhorizoncu.com | Feb 06 2023 23:16:00 | Horizon Utah Federal Credit Union, PO Box 687, Farmington, UT 84025-0687 |
| 12149120 | + EDI: LCIICSYSTEM | Feb 07 2023 04:14:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 12149121 | EDI: LCIICSYSTEM | Feb 07 2023 04:14:00 | IC System, Inc., PO Box 64376, Saint Paul, MN 55164 |
| 12149122 | + EDI: LCIICSYSTEM | Feb 07 2023 04:14:00 | IC Systems, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 12149124 | + Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 06 2023 23:16:00 | Intermountain Health Care, PO Box 30193, Salt |

Case 23-20219 Doc 10 Filed 02/08/23 Entered 02/08/23 22:21:15 Desc Imaged
Certificate of Notice Page 6 of 8

| District/off: 1088-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: 309A | Total Noticed: 154 |

| | | | | |
|---|---|---|---|---|
| | | | | Lake City, UT 84130-0193 |
| 12149126 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 06 2023 23:16:00 | Intermountain Health Care, PO Box 27808, Salt Lake City, UT 84127-0808 |
| 12149127 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 06 2023 23:16:00 | Intermountain Health Care, PO Box 27128, Salt Lake City, UT 84127-0128 |
| 12149125 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 06 2023 23:16:00 | Intermountain Health Care, Attn: Bankruptcy, PO Box 30191, Salt Lake City, UT 84130-0191 |
| 12149128 | + | EDI: IRS.COM | Feb 07 2023 04:14:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12149132 | | EDI: JEFFERSONCAP.COM | Feb 07 2023 04:14:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56393 |
| 12149084 | | EDI: JPMORGANCHASE | Feb 07 2023 04:14:00 | Chase, PO Box 24696, Columbus, OH 43224 |
| 12149133 | + | Email/Text: Bankruptcy@jmlaw.com | Feb 06 2023 23:16:00 | Johnson Mark LLC, PO Box 7811, Sandy, UT 84091-7811 |
| 12149134 | | Email/Text: bureauknight@yahoo.com | Feb 06 2023 23:16:00 | Knight Adjustment Bureau, 823 E. 400 S., Salt Lake City, UT 84102 |
| 12149135 | | Email/Text: govtaudits@labcorp.com | Feb 06 2023 23:16:00 | LabCorp, Po Box 2240, Burlington, NC 27216 |
| 12149136 | | Email/Text: govtaudits@labcorp.com | Feb 06 2023 23:16:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 12149146 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2023 23:20:56 | LVNV Funding, LLC, 55 Beattie Pl, Greenville, SC 29601-5115 |
| 12149149 | + | Email/PDF: GAVN@MEADERECOVERYSERVICES.COM | Feb 06 2023 23:20:59 | Meade RecoveryServices, LLC, PO Box 352, Logan, UT 84323-0352 |
| 12149154 | + | Email/Text: wendy@mountainlandcollections.com | Feb 06 2023 23:16:00 | Mountainland Collections, PO Box 1280, American Fork, UT 84003-6280 |
| 12149155 | | Email/Text: billing@nationaldme.com | Feb 06 2023 23:15:00 | National DME, PO Box 820, Midvale, UT 84047 |
| 12149160 | ^ | MEBN | Feb 06 2023 23:14:50 | NPAS Solutions, Inc., PO Box 2248, Maryland Heights, MO 63043-1048 |
| 12149158 | + | Email/Text: bkclerk@north-american-recovery.com | Feb 06 2023 23:16:00 | North American Recovery, 1600 W. 2200 S., Ste. 410, Salt Lake City, UT 84119-7240 |
| 12149161 | + | Email/Text: osdclegal@utah.gov | Feb 06 2023 23:16:00 | Office of State Debt Collection, PO Box 141001, Salt Lake City, UT 84114-1001 |
| 12149169 | + | Email/PDF: HCABKNotifications@resurgent.com | Feb 06 2023 23:20:52 | Ogden Regional Medical Center, PO Box 99400, Louisville, KY 40269-0400 |
| 12149168 | + | Email/PDF: HCABKNotifications@resurgent.com | Feb 06 2023 23:20:59 | Ogden Regional Medical Center, PO Box 740757, Cincinnati, OH 45274-0757 |
| 12149099 | | Email/Text: smgutahbankruptcycourt@steward.org | Feb 06 2023 23:15:00 | Davis Hospital and Medical Center, Billing Office, 1600 W Antelope Dr, Layton, UT 84041 |
| 12149101 | | Email/Text: smgutahbankruptcycourt@steward.org | Feb 06 2023 23:15:00 | Davis Hospital and Medical Center, PO Box 26894, Salt Lake City, UT 84126 |
| 12149100 | | Email/Text: smgutahbankruptcycourt@steward.org | Feb 06 2023 23:15:00 | Davis Hospital and Medical Center, PO Box 27012, Salt Lake City, UT 84127 |
| 12149174 | + | Email/Text: ngisupport@radiusgs.com | Feb 06 2023 23:16:00 | Pinnacle Financial Group, 7825 Washington Ave. S., Ste. 310, Minneapolis, MN 55439-2424 |
| 12149177 | + | Email/Text: bknotice@primeautoloan.com | Feb 06 2023 23:16:00 | Prime Acceptance Corp, 4306 S State St., Salt Lake City, UT 84107-2620 |
| 12149180 | + | Email/Text: bknotice@primeautoloan.com | Feb 06 2023 23:16:00 | Prime Acceptance Corp, 7927 S Highpoint Pkwy, Sandy, UT 84094-5579 |
| 12149178 | + | Email/Text: bknotice@primeautoloan.com | | |

Case 23-20219  Doc 10  Filed 02/08/23  Entered 02/08/23 22:21:15  Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 1088-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: 309A | Total Noticed: 154 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 06 2023 23:16:00 | Prime Acceptance Corp, PO Box 571680, Salt Lake City, UT 84157-1680 |
| 12149182 | + | Email/Text: bankruptcy@purchasingpower.com | Feb 06 2023 23:16:00 | Purchasing Power, LLC, 1349 W. Peachtree ST., NW Ste. 1100, Atlanta, GA 30309-2956 |
| 12149184 | + | Email/Text: bankruptcy@qcholdings.com | Feb 06 2023 23:15:00 | QC Financial Services, Inc., 1145 Washington Blvd., Ogden, UT 84404-4966 |
| 12149104 | | Email/Text: bankruptcy@dominionenergy.com | Feb 06 2023 23:16:00 | Dominion Energy, PO Box 3194, Salt Lake City, UT 84110 |
| 12149103 | | Email/Text: bankruptcy@dominionenergy.com | Feb 06 2023 23:16:00 | Dominion Energy, PO Box 45841, Salt Lake City, UT 84139 |
| 12149190 | + | Email/Text: bankruptcynotifications@pacificorp.com | Feb 06 2023 23:16:00 | Rocky Mountain Power, PO Box 25308, Salt Lake City, UT 84125-0308 |
| 12149192 | + | Email/Text: bankruptcy@sw-credit.com | Feb 06 2023 23:16:00 | Southwest Credit Systems, 4120 International Pkwy. #1100, Carrollton, TX 75007-1958 |
| 12149199 | + | Email/Text: BankruptcyNotices@titlemax.com | Feb 06 2023 23:16:00 | TitleMax of Utah, Inc. dba Titlemax, 15 Bull St., Ste. 200, Savannah, GA 31401-2686 |
| 12149202 | + | Email/Text: accountservicing@trueaccord.com | Feb 06 2023 23:16:00 | TrueAccord, Billing Department, 16011 College Blvd., Ste. 130, Lenexa, KS 66219-9877 |
| 12149201 | + | Email/Text: media@trueaccord.com | Feb 06 2023 23:16:00 | TrueAccord, 303 2nd St., Ste. 750, San Francisco, CA 94107-2543 |
| 12149205 | + | Email/Text: bankruptcy@utbrs.com | Feb 06 2023 23:16:00 | Utah Billing and Recovery, 3480 Washington Blvd., Ogden, UT 84401-4150 |
| 12149208 | + | EDI: UTAHTAXCOMM.COM | Feb 07 2023 04:14:00 | Utah State Tax Commission, Attn. Bankruptcy Unit, 210 N. 1950 W., Salt Lake City, UT 84134-9000 |
| 12149209 | + | EDI: BLUESTEM | Feb 07 2023 04:14:00 | Webbank/Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 12149211 | + | EDI: WFFC2 | Feb 07 2023 04:14:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 12149212 | + | EDI: WFFC2 | Feb 07 2023 04:14:00 | Wells Fargo Bank, NA, PO Box 5058, Portland, OR 97208-5058 |
| 12149213 | + | Email/Text: RMOpsSupport@alorica.com | Feb 06 2023 23:16:00 | West Asset Management, 7171 Mercy Rd., Omaha, NE 68106-2620 |
| 12149216 | + | EDI: COMCASTCBLCENT | Feb 07 2023 04:14:00 | Xfinity, Bankruptcy Department, PO Box3005, Southeastern, PA 19398-3005 |
| 12149215 | + | EDI: COMCASTCBLCENT | Feb 07 2023 04:14:00 | Xfinity, PO Box 34227, Seattle, WA 98124-1227 |

TOTAL: 74

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12149142 | ##+ | Loans For Less, 3901 Riverdale Rd, #A, Ogden, UT 84405-1540 |
| 12149144 | ##+ | Luther Appliance and Furniture, 129 Oser Ave., Ste. A, Hauppauge, NY 11788-3813 |
| 12149145 | ##+ | Luther Sales, 129 Oser AVe., Ste. A, Hauppauge, NY 11788-3813 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 1088-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: 309A | Total Noticed: 154 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Miller tr | davidlmillerpc@msn.com  dlm50@trustesolutions.net |
| Ryan D. Baxter | on behalf of Joint Debtor Wendy Foxley ryan.baxter.law@gmail.com  r47530@notify.bestcase.com |
| Ryan D. Baxter | on behalf of Debtor Kurt Foxley ryan.baxter.law@gmail.com  r47530@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4